ENTERED ON DOCKET
9/3/99 PURSUANT
TO F.R.C.P RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| GIBRALTAR P.R., INC., | * | |
| Plaintiff | * | |
| v. | * | Civ. No. 97-2409(PG) |
| Q-SYSTEMS INTERNATIONAL, INC., | * | |
| Defendant | * | |

RECEIVED & FILED
99 SEP -3 PM 2:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

The Court having granted defendant's motion to dismiss, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, September 3, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)

